# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**                          **4:06-CR-00319-01 BRW**

**ANTONIA ADAMS**                                                       **DEFENDANT**

## ORDER

The Government asks that the current conditions of Defendant's supervised release be modified to allow him to travel outside the district with the approval of his supervising probation officer (Doc. No. 158). Defendant is an independent truck driver with a Commercial Driver's License. Defendant's probation officer does not object. The Motion is GRANTED.

Defendant is allowed to travel within an area of approximately 500 miles of his home during the day, and return home in the evening.

IT IS SO ORDERED this 8th day of March, 2012.


                                                 /s/Billy Roy Wilson
                                     UNITED STATES DISTRICT JUDGE